In the Matter of DERRICK HARRIS, Appellant, v JAMES BURKE et al., Respondents.

Submitted December 19, 2016; decided February 9, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

Judge WILSON taking no part.

SARA MYERS et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted January 17, 2017; decided February 9, 2017

Motion by New York State Catholic Conference for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DIFIORE and Judge WILSON taking no part.